# Third District Court of Appeal
## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2345
Lower Tribunal No. 19-8819
_____

**Alla Polishko, et al.,**
Appellants,

vs.

**Serena Kay Tibbitt, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Wasson & Associates, Chartered, and Roy D. Wasson, for appellants.

Levine Kellogg Lehman Schneider + Grossman LLP, and Lawrence A. Kellogg and Tal Aburos, for appellees.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Ovadia v. Bloom</u>, 756 So. 2d 137, 139-41 (Fla. 3d DCA 2000) (finding that the two-year statute of limitations expired on the defamation claim and that the single publication rule bars multiple actions when they arise from the same publication).